# Mark S. DeMarco

Attorney At Law
52 Duane Street, 7th Floor
New York, New York 10007
718 239 7070
Fax 718-239-2141
MSDLaw@aol.com

April 18, 2023

Hon. Diane Gujarati
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

**BY ECF & ELECTRONIC MAIL**

          Re: *United States v. Christopher Acevedo*
             21 Cr. 162 (DG)

Your Honor:

  I write this letter to report that Mr. Acevedo's absence at yesterday's final pretrial conference was the result of a misunderstanding, not a deliberate refusal by Mr. Acevedo to appear before this Court. Mr. Acevedo understands his obligation to appear before this Court when required to do so and apologizes for his absence.

  Should this Court have any additional questions, I am available at its convenience.

  Thank you for your attention to this matter.

              Respectfully submitted,

              *Mark S. DeMarco*

              Mark S. DeMarco
              Elizabeth Macedonio
              Cody Warner
              Attorneys for Christopher Acevedo

cc: Kayla Bensing, Esq.
   James P. McDonald, Esq.
   Benjamin Weintraub, Esq.
   Assistant United States Attorneys
   By ECF & Electronic Mail